James J. Davis, Jr., AK Bar No. 9412140
Savannah Fletcher, AK Bar No. 1811127
Aneliese Palmer, AK Bar No. 2201001
**NORTHERN JUSTICE PROJECT, LLC**
406 G Street, Suite 207
Anchorage, AK 99501
(907) 308-3395 (telephone)
(866) 813-8645 (fax)
Email: jdavis@njp-law.com
Email: sfletcher@njp-law.com
Email: apalmer@njp-law.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BEN KOLENDO and QUINLEN SCHACHLE,<br><br>  Plaintiffs,<br><br>vs.<br><br>MATANUSKA-SUSITNA BOROUGH SCHOOL DISTRICT,<br><br>  Defendant. | Case No. 3:23-cv-00269-SLG |

**COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND NOMINAL DAMAGES**

COME NOW the plaintiffs, Ben Kolendo and Quinlen Schachle, by and through counsel, the Northern Justice Project, LLC, alleging and requesting relief as follows:

**PRELIMINARY STATEMENT**

1. "Students do not 'shed their constitutional rights to freedom of speech or

COMPLAINT
*Ben Kolendo and Quinlen Schachle v. Matanuska-Susitna Borough School District*
Case No. 3:23-cv-00269-SLG
Page 1 of 11

Case 3:23-cv-00269-SLG   Document 1   Filed 12/01/23   Page 1 of 11

Northern Justice Project, LLC
A Private Civil Rights Firm
406 G Street, Suite 207
Anchorage, AK 99501
Phone: (907) 308-3395; Fax: (866) 813-8645

expression at the schoolhouse gate.' "[1] And "[o]therwise lawful government action may nonetheless be unlawful if motivated by retaliation for having engaged in activity protected under the First Amendment."[2]

2. The Matanuska-Susitna Borough School District ("District") violated the free speech rights of Mr. Kolendo and Mr. Schachle when it investigated them in retaliation for testifying at a Matanuska-Susitna Borough School Board ("School Board") meeting.

3. The District further violated the free speech rights of Mr. Kolendo when it forbade him from speaking about "anything political" during a student walkout, and when it prohibited students from *any* "political speech" on District property at any time.

4. Mr. Kolendo and Mr. Schachle seek an injunction, declaratory relief, and nominal damages as a result of the District's unconstitutional chilling of their free speech.

## PARTIES

5. Ben Kolendo is a student attending Career and Technical High School, which is a school in the District.

6. Quinlen Schachle is a student attending Wasilla High School, which is a school in the District.

---

[1] *Board of Education v. Pico*, 457 U.S. 853, 865 (1982) (quoting *Tinker v. Des Moines Indep. Community School District*, 393 U.S. 503, 506 (1969)).
[2] *Ariz. Students' Ass'n v. Ariz. Board of Regents*, 824 F.3d 858, 869 (9th Cir. 2016) (quoting *O'Brien v. Welty*, 818 F.3d 920, 932 (9th Cir. 2016)).

COMPLAINT
*Ben Kolendo and Quinlen Schachle v. Matanuska-Susitna Borough School District*
Case No. 3:23-cv-00269-SLG
Page 2 of 11

Northern Justice Project, LLC
A Private Civil Rights Firm
406 G Street, Suite 207
Anchorage, AK 99501
Phone: (907) 308-3395; Fax: (866) 813-8645

7. The Matanuska-Susitna Borough School District is a borough school district organized and operating under the laws of Alaska. *See* AS 14.12.010(2). It operates 49 schools and provides educational services for more than 19,000 students within the Matanuska-Susitna Borough.

## JURISDICTION AND VENUE

8. The Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1343.

9. Venue in this district is proper under 28 U.S.C. § 1391(b).

## GENERAL ALLEGATIONS

10. Mr. Kolendo and Mr. Schachle both serve on the Matanuska-Susitna Borough School District Student Advisory Board (hereinafter "the SAB"). The SAB is made up of students from each of the middle and high schools in the District and it acts "as an Advisory Board to the MSBSD School Board and allow[s] for student input into educational decisions."[3]

11. Mr. Schachle is the President of the SAB and Mr. Kolendo is the SAB Representative ("Student Representative").

12. In his role as Student Representative, Mr. Kolendo has historically sat at the School Board dais and participated in School Board meetings, including providing advisory votes.[4]

---

[3] *See* https://sites.google.com/apps.matsuk12.us/sab/home (last visited on November 27, 2023).

[4] Advisory votes are referred to as "preferential votes" in MSBSD Policy and do not count when tallying votes to pass a motion.

COMPLAINT
*Ben Kolendo and Quinlen Schachle v. Matanuska-Susitna Borough School District*
Case No. 3:23-cv-00269-SLG
Page 3 of 11

13. On August 10, 2023, Mr. Kolendo reviewed the agenda for the August 16, 2023 School Board meeting, which included a proposed policy change to remove the Student Representative from the dais and revoke the Student Representative's ability to provide an advisory vote.[5]

14. Mr. Kolendo informed Mr. Schachle of this proposed policy change.

15. Mr. Kolendo and Mr. Schachle disagreed with this policy change and spread word about the proposed policy change amongst their friends and peers through phone calls, social media messages, and in-person conversations.

16. The School Board scheduled a vote on the proposed policy change for September 6, 2023.[6]

17. On September 6, 2023, Mr. Kolendo and Mr. Schachle attended the School Board meeting.

18. Mr. Schachle provided public testimony at the meeting, speaking against the proposed policy change.[7]

19. During this meeting, Mr. Kolendo was not allowed to sit at the dais and instead sat in the audience as Student Representative. In order to participate in the

---

[5] First Reading BP 9110 Board Membership (Aug. 16, 2023). The proposed policy change and link to the agenda can be found here: https://go.boarddocs.com/ak/matsu/Board.nsf/goto?open&id=CULPKM64CF1F.
[6] Second Reading BP 9110 Board Membership (Sept. 6, 2023). The proposed policy change and link to the agenda can be found here: https://go.boarddocs.com/ak/matsu/Board.nsf/goto?open&id=CULPKM64CF1F.
[7] Recording of MSBSB Meeting on September 6, 2023, 57:45 – 1:00:50 (https://vimeo.com/msbsd).

COMPLAINT
*Ben Kolendo and Quinlen Schachle v. Matanuska-Susitna Borough School District*
Case No. 3:23-cv-00269-SLG
Page 4 of 11

Case 3:23-cv-00269-SLG   Document 1   Filed 12/01/23   Page 4 of 11

Northern Justice Project, LLC
A Private Civil Rights Firm
406 G Street, Suite 207
Anchorage, AK 99501
Phone: (907) 308-3395; Fax: (866) 813-8645

Northern Justice Project, LLC
A Private Civil Rights Firm
406 G Street, Suite 207
Anchorage, AK 99501
Phone: (907) 308-3395; Fax: (866) 813-8645

meeting, he spoke from the podium in the same manner as individuals who provided public comment.[8]

20. Dozens of members of the public attended the meeting, providing comments against the proposed policy change and holding signs speaking against the proposed policy change.[9]

21. Following the September 6, 2023 School Board meeting, the School Board directed high school administrators to investigate the students who had participated in the public meeting, including Mr. Kolendo and Mr. Schachle.

22. Two days after the meeting, on September 8, 2023, the Principal of Career and Technical High School, Jason Ross, came to Mr. Kolendo's last class period of the day. Principal Ross asked multiple students in the classroom to go into the hallway with him to answer questions about their participation in the School Board meeting. Most of the interrogations lasted roughly five minutes.

23. Mr. Kolendo initially refused to be questioned by Principal Ross before speaking with an attorney and his parents.

24. Mr. Kolendo eventually agreed to speak with Principal Ross on September 11, 2023. The questioning lasted approximately 20 minutes. Principal Ross asked Mr. Kolendo whether he was told by school advisors to speak at the School Board meeting, how he obtained resources for the signs displayed at the School Board meeting, and

---

[8] Recording of MSBSB Meeting on September 6, 2023, 2:18:30 – 2:28:00 (https://vimeo.com/msbsd).
[9] Recording of MSBSB Meeting on September 6, 2023, 57:45 – 2:08:00 (https://vimeo.com/msbsd).

COMPLAINT
*Ben Kolendo and Quinlen Schachle v. Matanuska-Susitna Borough School District*
Case No. 3:23-cv-00269-SLG
Page 5 of 11

whether any conversations about the proposed policy change occurred on school property and/or during school instruction time.

25. Principal Ross told Mr. Kolendo that he did not wish to question him, but he was ordered to do so by the School Board and that it was a "District decision."

26. Mr. Kolendo and his classmates were intimidated knowing that the District was investigating them for speaking and expressing their viewpoints at a public meeting.

27. On September 8, 2023, the Assistant Principal of Wasilla High School, Karen Bloxsom, called Mr. Schachle into her office for similar questioning.

28. Ms. Bloxsom had been asked by the School Board to question Mr. Schachle about his participation in the School Board meeting. She asked him questions about his and other students' public comments at the School Board meeting. This interrogation lasted roughly 5 minutes.

29. Other students at Wasilla High School were also questioned by Assistant Principal Bloxsom regarding their participation at the School Board meeting.

30. Mr. Schachle and his classmates were intimidated knowing that the District was investigating them for speaking and expressing their viewpoints at a public meeting.

31. After the School Board passed multiple policies seeking to limit student voice and access to information, students at multiple high schools in the District planned a peaceful walkout for October 31, 2023.

32. On October 30, 2023, Mr. Kolendo attended a meeting with another high

COMPLAINT
*Ben Kolendo and Quinlen Schachle v. Matanuska-Susitna Borough School District*
Case No. 3:23-cv-00269-SLG
Page 6 of 11

Case 3:23-cv-00269-SLG   Document 1   Filed 12/01/23   Page 6 of 11

Northern Justice Project, LLC
A Private Civil Rights Firm
406 G Street, Suite 207
Anchorage, AK 99501
Phone: (907) 308-3395; Fax: (866) 813-8645

school student, Principal Ross, Assistant Principal Jolene McDowell, and MSBSD Assistant Superintendent Justin Ainsworth, to discuss the student-led walkout scheduled for the next day.

33. Principal Ross and Assistant Superintendent Ainsworth permitted the walkout because there were conditions in place to ensure it would not disrupt the students intending to remain in class. However, during this meeting, Assistant Superintendent Ainsworth said there "can't be anything political with the walkout" and that "no political signage" was allowed during the walkout. For example, Mr. Kolendo was told that students were not allowed to carry a sign reading "Stand for Students, Vote Him Out."

34. Additionally, during this meeting Mr. Kolendo was informed that "any communication" about elections — including texting, social media messaging, posting on social media, and emailing — is not permitted at any time by students while on District property.

35. The walkout occurred at multiple high schools in the District and across the State on October 31, 2023, including Wasilla High School and Career and Technical High School. The protests were not disruptive. One student at Wasilla High School was ordered to put down his sign reading "Stand for Students, Vote Him Out."

36. Students planned another protest for November 7, 2023, the election day for the School Board. This protest had the same focus: seeking to uplift student voices and protesting policies that would minimize student voice and access to information.

37. The evening before the protest, an email was sent to District students

COMPLAINT
*Ben Kolendo and Quinlen Schachle v. Matanuska-Susitna Borough School District*
Case No. 3:23-cv-00269-SLG
Page 7 of 11

from the District's Public Information Officer, Jillian Morrissey. A true and correct copy of this email is attached hereto as Exhibit 1. Ms. Morrissey warned students in the email that "the District has not and does not allow campaigning or protests related to an election on school grounds at any of the polling locations on election day [. . . .] Student protests at Colony High School, Career Tech High School, and Redington Jr/Sr High School or any other MSBSD school that is a MSB polling location must occur off campus."

38. The next morning Mr. Kolendo and other students at Career and Technical High School met around their school's flag pole to protest. Career Tech's Security Officer, Principal Ross, and Superintendent Trani announced that the students had to leave campus immediately. The Superintendent, Principal, and Security Officer followed the students as they walked off the campus.

39. The protests occurred peacefully at high schools across the District and there was no disruption to school activities.

## CLAIMS FOR RELIEF

### FIRST CAUSE OF ACTION:
### RETALIATION IN VIOLATION OF FIRST AND FOURTEENTH AMENDMENTS
### 42 USC §1983

40. The foregoing paragraphs of this Complaint are incorporated herein as though fully set forth.

41. The First Amendment of the U.S. Constitution is applied to the state and its subdivisions through the Fourteenth Amendment.

42. A school district violates the First Amendment when — in response to a

Northern Justice Project, LLC
A Private Civil Rights Firm
406 G Street, Suite 207
Anchorage, AK 99501
Phone: (907) 308-3395; Fax: (866) 813-8645

COMPLAINT
*Ben Kolendo and Quinlen Schachle v. Matanuska-Susitna Borough School District*
Case No. 3:23-cv-00269-SLG
Page 8 of 11

Case 3:23-cv-00269-SLG   Document 1   Filed 12/01/23   Page 8 of 11

student engaging in constitutionally protected free speech — the district takes actions to "chill a person of ordinary firmness from continuing to engage in the protected activity and [] the protected activity was a substantial or motivating factor in the defendant's conduct."[10]

43. By acting in the aforesaid fashion, the District violated Mr. Kolendo's and Mr. Schachle's First Amendment right to free speech by retaliating against them and seeking to chill their speech.[11]

## SECOND CAUSE OF ACTION:
## VIOLATION OF FIRST AND FOURTEENTH AMENDMENT RIGHTS OF THE U.S. CONSTITUTION
## 42 USC §1983

44. The foregoing paragraphs of this Complaint are incorporated herein as though fully set forth.

45. "Any word spoken, in class, in the lunchroom, or on the campus, that deviates from the views of another person may start an argument or cause a disturbance. But our Constitution says we must take this risk; and our history says that it is this sort of hazardous freedom — this kind of openness — that is the basis of our national strength and of the independence and vigor of Americans who grow up

---

[10] *Pinard v. Clatskanie School Dist. 6J*, 467 F.3d 755, 770 (9th Cir. 2006); *see also Keyser v. Sacramento City Unified School Dist.*, 265 F.3d 741, 750 (9th Cir. 2001); *Mendocino Environmental Center v. Mendocino County*, 192 F.3d 1283, 1300-01 (9th Cir. 1999).

[11] U.S. Const. amend. I; *Pinard v. Clatskanie School Dist. 6J*, 467 F.3d 755, 770 (9th Cir. 2006).

COMPLAINT
*Ben Kolendo and Quinlen Schachle v. Matanuska-Susitna Borough School District*
Case No. 3:23-cv-00269-SLG
Page 9 of 11
Case 3:23-cv-00269-SLG   Document 1   Filed 12/01/23   Page 9 of 11

Northern Justice Project, LLC
A Private Civil Rights Firm
406 G Street, Suite 207
Anchorage, AK 99501
Phone: (907) 308-3395; Fax: (866) 813-8645

and live in this relatively permissive, often disputatious, society."[12]

46. By expressly prohibiting any "political" speech on District property, the District silenced any speech that might express disagreement with the District and its School Board.

47. By requiring students protesting on November 7, 2023, to leave campus to protest, the District prohibited students' protected speech on campus.

48. In acting in the aforesaid fashion, the District violated Mr. Kolendo's and Mr. Schachle's First Amendment right to free speech by prohibiting political speech on school grounds.[13]

## PRAYER FOR RELIEF

**WHEREFORE,** the Plaintiffs respectfully request that this Court:

49. Declare that the District violated Mr. Kolendo's and Mr. Schachle's First Amendment right to free speech by investigating them for participating in a public meeting, by prohibiting political speech at the student walkout, and by entirely prohibiting political speech on campus.

50. Temporarily and permanently enjoin the District from investigating or questioning the Plaintiffs for engaging in First Amendment protected speech and enforcing the District's prohibition on political speech and signage.

51. Award Mr. Kolendo and Mr. Schachle nominal damages and their

---

[12] *Tinker v. Des Moines Indep. Community School Dist.*, 393 U.S. 503, 508-09 (1969).
[13] U.S. Const. amend. I; *Tinker v. Des Moines Indep. Community School Dist.*, 393 U.S. 503, 508-09 (1969).

COMPLAINT
*Ben Kolendo and Quinlen Schachle v. Matanuska-Susitna Borough School District*
Case No. 3:23-cv-00269-SLG
Page 10 of 11
Case 3:23-cv-00269-SLG   Document 1   Filed 12/01/23   Page 10 of 11

Northern Justice Project, LLC
A Private Civil Rights Firm
406 G Street, Suite 207
Anchorage, AK 99501
Phone: (907) 308-3395; Fax: (866) 813-8645

reasonable costs and expenses incurred to litigate this action, including reasonable attorneys' fees, pursuant to 28 U.S.C. § 1920 and 42 U.S.C. § 1988.

52. All other relief as the Court deems just, necessary, and proper to protect Mr. Kolendo and Mr. Schachle from further violation of their rights by the District.

DATED this 30th day of November, 2023.

>NORTHERN JUSTICE PROJECT, LLC
>Attorneys for Plaintiffs
>
>By: /s/ Savannah Fletcher
>    James J. Davis, Jr., AK Bar No. 9412140
>    Savannah Fletcher, AK Bar No. 1811127
>    Aneliese Palmer, AK Bar No. 2201001

Northern Justice Project, LLC
A Private Civil Rights Firm
406 G Street, Suite 207
Anchorage, AK 99501
Phone: (907) 308-3395; Fax: (866) 813-8645

COMPLAINT
*Ben Kolendo and Quinlen Schachle v. Matanuska-Susitna Borough School District*
Case No. 3:23-cv-00269-SLG
Page 11 of 11

Case 3:23-cv-00269-SLG   Document 1   Filed 12/01/23   Page 11 of 11