John Sedor, Alaska Bar No. 8806142
Email: sedor@alaskalaw.pro
John M. Ptacin, Alaska Bar No. 0412106
Email: ptacin@alaskalaw.pro
SEDOR WENDLANDT EVANS FILIPPI LLC
500 L Street, Suite 500
Anchorage, Alaska 99501
Phone: (907) 677-3600
Fax: (907) 677-3605

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BEN KOLENDO and QUINLEN SCHACHLE,<br><br>              Plaintiffs,<br><br>vs.<br><br>MATANUSKA-SUSITNA BOROUGH SCHOOL DISTRICT.<br><br>              Defendant. | Case 3:23-cv-00269-SLG |

## **NOTICE OF SETTLEMENT**

The parties to this case have reached a settlement of the claims asserted by Plaintiffs in this action. Stipulation of dismissal should be filed within 30-60 days. The Parties ask the Court to waive all future deadlines, hearing dates, and trial dates in this matter.

DATED this 27th day of February 2025 at Anchorage, Alaska.

SEDOR, WENDLANDT, EVANS & FILIPPI, LLC

Attorneys for Defendant

By:   /s/ John M. Sedor                
     John M. Sedor, State Bar No. 8806142
     Sedor Wendlandt Evans & Filippi, LLC
     500 L Street, Suite 500
     Anchorage, Alaska 99501
     (907) 677-3600 (Telephone)
     (907) 677-3605 (Facsimile)
     email address: sedor@alaskalaw.pro

 /s/John M. Ptacin                 
John M. Ptacin, State Bar No. 0412106
Sedor Wendlandt Evans & Filippi, LLC
500 L Street, Suite 500
Anchorage, Alaska 99501
(907) 677-3600 (Telephone)
(907) 677-3605 (Facsimile)
email address: ptacin@alaskalaw.pro

 /s/ Savannah Fletcher            
Northern Justice Project, LLC
406 G Street, Suite 207
Anchorage, AK 99501
907-308-3395 (Telephone)
866-813-8645

SEDOR, WENDLANDT, EVANS & FILIPPI, LLC
500 L Street, Suite 500
Anchorage, Alaska 99501
Tel (907) 677-3600 Fax (907) 677-3605

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 27th of February 2025, a true and correct copy of the foregoing was served on:

James J. Davis Jr., AK Bar No. 9412140,
jdavis@njp-law.com, nferonti@njp-law.com

Savannah Fletcher, AK Bar No. 1811127,
sfletcher@njp-law.com

Goriune Dudukgian, AK Bar No. 050605
gdudukgian@njp-law.com

by electronic means through the ECF system as indicated on the Notice of Electronic Filing.

By: /s/ Nayeli Sorto .
     Nayeli Sorto

SEDOR, WENDLANDT, EVANS & FILIPPI, LLC
500 L Street, Suite 500
Anchorage, Alaska 99501
Tel (907) 677-3600 Fax (907) 677-3605

Notice to Court re Settlement
*Kolendo et al. v. Matanuska Susitna Borough Sch. Dist.*,
Case No. 3:23-cv-00269-SLG

Page 3 of 3